FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
9/27/2023 1:25 PM
JAMIE SMITH
DISTRICT CLERK
23DCCV1426

CAUSE NO. 23DCCV1426

| | | |
|---|---|---|
| JOHN WARREN<br>Plaintiff | § § § | IN THE DISTRICT COURT OF |
| VS. | § § § | JEFFERSON COUNTY, TEXAS |
| MARRIOTT INTERNATIONAL, INC<br>Defendant | § § § § | 136TH JUDICIAL DISTRICT |

## PLAINTIFF'S FIRST AMENDED PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, John Warren, (herein after referred to as Plaintiff Warren), files this First Amended Petition against Defendant, Marriott International, Inc (herein after referred to as Defendant Marriott International), and alleges as follows:

### I.
### DISCOVERY PLAN LEVEL 3

1.      Plaintiff intends to conduct discovery under Level 3 of Texas Rule of Civil Procedure 190.4. Plaintiff will seek a Court Order with discovery control plan shortly after Defendant files its answer.

### II.
### CLAIM FOR RELIEF

2.      Plaintiff has sustained injuries and seeks monetary relief not more than $1,000,000. Plaintiff reserves the right to modify this amount as the circumstances warrant.

Copy from re:SearchTX

## III.
## PARTIES

3. Plaintiff is an individual residing in Orange County, California. The last three numbers of Plaintiff Warren's Social Security Number are 428.

4. Defendant Marriot International is a business operating in Jefferson County, Texas. It may be served with process at its headquarters located at 7750 Wisconsin Avenue, Bethesda, Maryland 20814-3522, or wherever it may be found in any manner authorized by the Texas Rules of Civil Procedure. Service of process is requested by private process as authorized by this Court.

## IV.
## JURISDICTION

5. This Court has subject-matter jurisdiction over this lawsuit and the damages sought are within the jurisdictional limits of this Court.

## V.
## VENUE

6. Venue is proper in Jefferson County, Texas because the accident that forms the basis of this lawsuit occurred in Jefferson County, Texas.

## VI.
## FACTS

7. This is a premise case. On or about July 10, 2023, Plaintiff Warren was staying at one of Defendant's properties, Fairfield Inn & Suites, in Beaumont, Texas. When Plaintiff Warren sat at the desk chair in his room, it suddenly tipped backwards, throwing him to the floor. This fall caused Plaintiff to sustain bodily injuries, as more fully set forth below. Thus, Defendant was negligent and such negligence proximately caused the incident in question. Plaintiff Warren has suffered severe injuries to his back, including three fractures, as a result of the incident that forms the basis of this suit.

Copy from re:SearchTX

## VII.
## CAUSES OF ACTION – NEGLIGENCE – PREMISE LIABILITY

8. Defendant Marriott International, as a "possessor" of the premises, had common-law and statutory duties to any and all invitees to warn of, or to make safe, any danger on their property. Specifically, Defendant was negligent in the following particulars:

   a. failing to warn of potential danger; or
   b. failing to make safe their property; or
   c. failing to routinely provide the maintenance required to sustain a safe environment; and
   d. in all things, failing to act as a reasonable property manager and/or landowner would act in the same or similar circumstances.

## VIII.
## DAMAGES

9. As a result of the collision, Plaintiff Warren has suffered serious injuries. Because him bodily injuries were proximately caused by the Defendant's negligence, Plaintiff is entitled to reasonable and proper compensation for all the damages Plaintiff sustained including, but not limited to the following:

   a. past and future medical expenses;
   b. past and future physical pain and mental anguish;
   c. past and future physical impairment; and
   d. past and future disfigurement.

## IX.
## JURY DEMAND

10. Plaintiff demands a jury trial and tenders the appropriate fee with this petition.

Copy from re:SearchTX

## X.
## **PRAYER**

11.    Plaintiff prays that he has judgment against Defendant, for actual damages shown and proved at trial, for prejudgment and post-judgment interest, for costs of court and for all other relief, legal and equitable, to which he is entitled.

Respectfully submitted,

THE PACKARD LAW FIRM

By: _____
Brent D. Packard
State Bar No.: 24114439
Email: brent@packardfirm.com

1100 NW Loop 410, Suite 100
San Antonio, Texas 78213
Telephone Number: (210) 340-8877
Fax Number: (210) 340-8787
*Attorney for Plaintiff*

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Alexandra Fossum on behalf of Daniel Packard
Bar No. 791392
alexandra.fossum@packardfirm.com
Envelope ID: 79995756
Filing Code Description: Amended Filing
Filing Description: Plaintiff's First Amended Petition
Status as of 9/27/2023 1:37 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Alexandra Fossum | | alexandra.fossum@packardfirm.com | 9/27/2023 1:25:52 PM | SENT |